# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30886
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 2, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

COREY L. MOSES,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 3:11-CR-124

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Corey L. Moses has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Moses has filed responses. The record is not sufficiently developed to allow us to make a fair evaluation of Moses's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, 135 S. Ct. 123 (2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Moses's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Moses's motion for the appointment of new counsel is DENIED.